IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ALBERT MALLARD                          :

        v.                                    :    Civil Action No. DKC 11-2997

MV TRANSPORTATION, INC.                 :

**ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this 27th day of February, 2012, by the United States District Court for the District of Maryland, ORDERED that:

1. The motion to dismiss filed by Defendant MV Transportation, Inc. (ECF No. 7), BE, and the same hereby IS, GRANTED IN PART AND DENIED IN PART;

2. Plaintiff is granted thirty (30) days from the date of this Order to effect service of process upon Defendant and to provide proof that service has been effected; alternatively, he may file a properly supported motion for leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915;

3. Plaintiff is forewarned that his failure to show timely compliance with all aspects of the foregoing Memorandum Opinion will result in the dismissal of his complaint without further notice from the court;

4.     Defendant is directed to comply with Local Rule 103.5 by promptly filing copies of all documents on file in the state court; and

5.     The clerk is directed to transmit copies of the foregoing Memorandum Opinion and this Order to counsel for Defendant and directly to Plaintiff.

```
        _____/s/_____
        DEBORAH K. CHASANOW
        United States District Judge
```